AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE LS 218, an individual, )<br>*Plaintiff* )<br>v. )<br>UBER TECHNOLOGIES, INC., Delaware )<br>Corporation; RASIER, LLC, a Delaware Limited )<br>Liability Company; RASIER-CA, LLC, a Delaware )<br>Limited Liability Company; and DOES 1 through 50, )<br>Inclusive, )<br>*Defendant* | Case No. 3:23-cv-03970-JSC |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Uber Technologies, Inc., Rasier-CA, LLC, and Rasier, LLC

Date: September 8, 2023

*Attorney's signature*

Colton F. Parks 322491

*Printed name and bar number*

BOWMAN AND BROOKE, LLP
970 W. 190th Street, Suite 700
Torrance, CA 90502

*Address*

Colton.Parks@bowmanandbrooke.com

*E-mail address*

(310) 768-3068

*Telephone number*

(310) 719-1019

*FAX number*

28511675v1