UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

D. P.,

Plaintiff,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants,

AND RELATED CASES

Case Nos. 23-cv-03846-JSC
23-cv-03970-JSC
23-cv-04012-JSC
23-cv-04302-JSC
23-cv-04364-JSC
23-cv-04706-JSC

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case, as well as the cases listed below, are REFERRED, to the Honorable Judge Breyer for consideration of whether the case is related to *In re: Uber Technologies, Inc., Passenger Sexual Assault Litigation*, 3:23-md-03084.

1. *Jane Doe LS 218 v. Uber Technologies, Inc., et al*, 23-cv-03970-JSC
2. *LS 63 v. Uber Technologies, Inc. et al*, 23-cv-04012-JSC
3. *M v. Uber Technologies Inc., et al*, 23-cv-04302-JSC
4. *LS 293 v. Uber Technologies, Inc., et al*, 23-cv-04364-JSC
5. *R v. Uber Technologies, Inc. et al*, 23-cv-04706-JSC

**IT IS SO ORDERED.**

Dated: October 12, 2023

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California